IN THE SUPREME COURT OF TEXAS

 No. 09-0370

 IN RE CORYELL COUNTY AND WILLIAM J. HIX

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency temporary stay, filed May 5,
2009, is granted. The judgment dated April 15, 2009, in Cause No. 10-09-
00005-CV, styled In re William Carroll Robertson and Lester Eugene
Robertson, in the Tenth Court of Appeals is stayed pending further order of
this Court.
 2. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before 3:00 p.m., May 28, 2009.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 13, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk